UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Offices Of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
SDP-5632

In Re:

ISIDORA SHEEHA

Case No.: 17-22068

Chapter: 13

Adv. No.: 

Hearing Date: 10/19/17

Judge: VFP

## CERTIFICATION OF SERVICE

1. I, __Estefany Ormeno__ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for __Steven D. Pertuz__, who represents __Debtor__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __October 12, 2017__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Certification In Opposition To SLS Motion For Relief From The Automatic Stay

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 10/12/17

/s/ Estefany Ormeno
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg, Esq.<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08018 | Counsel To Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |