| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, PC<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Bank of New York Mellon | |
| In Re:<br><br>Isidora Sheeha,<br><br>Debtor. | Case No.:   17-22068-VFP<br><br>Chapter:   13<br><br>Hearing Date:   12/7/2017<br><br>Judge:   Papalia |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for relief from Stay re: 125 Birch Street (Docket # 25)

_____

Date: 12/1/2017                                            /s/ Denise Carlon
                                                                      Signature

*rev.8/1/15*