UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Bank of New York Mellon

In Re:

Isidora Sheeha,

Debtor.

Case No.:        17-22068-VFP

Chapter:                13

Hearing Date:    12/7/2017

Judge:              Papalia

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Objection to Confirmation of Plan (Docket # 24)

_____

Date: 12/1/2017                                             /s/ Denise Carlon
                                                                       Signature

*rev.8/1/15*