STEVEN D. PERTUZ, ESQ.
111 NORTHFIELD AVE. STE 304
WEST ORANGE, NJ  07052

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2017**
Chapter 13 Case # 17-22068

Re:  ISIDORA SHEEHA
125 BIRCH ST
BLOOMFIELD,  NJ  07003-4017

Atty:  STEVEN D. PERTUZ, ESQ.
111 NORTHFIELD AVE. STE 304
WEST ORANGE, NJ  07052

## RECEIPTS AS OF 12/31/2017 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/15/2017 | $191.33 | 4207290000 - | 10/03/2017 | $191.33 | 4337095000 - |
| 10/12/2017 | $191.33 | 4358650000 - | 11/29/2017 | $191.33 | 4476489000 - |
| 11/30/2017 | $191.33 | 4476494000 - | | | |

**Total Receipts: $956.65  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $956.65**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2017 (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 67.74 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 565,937.43 | 100.00% | 0.00 | 0.00 |
| 0006 | DEPARTMENT OF EDUCATION/MOHELA | UNSECURED | 7,316.14 | 0.00% | 0.00 | 0.00 |
| 0007 | DEPARTMENT STORE NATIONAL BANK | UNSECURED | 135.77 | 0.00% | 0.00 | 0.00 |
| 0008 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 6,417.42 | 0.00% | 0.00 | 0.00 |

**Total Paid: $67.74**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 10, 2018.

Receipts: $956.65    -    Paid to Claims: $0.00    -    Admin Costs Paid: $67.74    =    Funds on Hand: $1,080.24

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.