UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

The Law Offices Of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
SDP-5632

Order Filed on November 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ISIDORA SHEEHA

Case No.:  17-22068

Chapter:  13

Judge:  VFP

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 19, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____6/22/18_____ :

Property: ___125 Birch Street, Bloomfield, NJ 07003_____

Creditor: ___Specialized Loan Servicing for BNY Mellon_____

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Isidora Sheeha_____ , and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____2/18/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2