UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Offices Of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
SDP-5632

In Re:

ISIDORA SHEEHA

Case No.: 17-22068
Chapter: 13
Adv. No.: 
Hearing Date: 
Judge: VFP

## CERTIFICATION OF SERVICE

1. I, _Geovana Ramos_ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for _Steven D. Pertuz, Esq._, who represents _Debtor_ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _12/27/18_, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Certification In Opposition To Chapter 13 Trustee's Certification Of Default

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 12/27/18

/s/ Geovana Ramos
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg, Esq.<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |