STEVEN D. PERTUZ, ESQ.
111 NORTHFIELD AVE. STE 304
WEST ORANGE, NJ  07052

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
Chapter 13 Case # 17-22068

Re:    ISIDORA SHEEHA  
      125 BIRCH ST  
      BLOOMFIELD,  NJ  07003-4017

Atty:    STEVEN D. PERTUZ, ESQ.  
      111 NORTHFIELD AVE. STE 304  
      WEST ORANGE, NJ  07052

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $11,479.80**

## RECEIPTS AS OF 12/31/2018  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/15/2017 | $191.33 | 4207290000 - | 10/03/2017 | $191.33 | 4337095000 - |
| 10/12/2017 | $191.33 | 4358650000 - | 11/29/2017 | $191.33 | 4476489000 - |
| 11/30/2017 | $191.33 | 4476494000 - | 01/09/2018 | $191.33 | 4582863000 - |
| 01/16/2018 | $191.33 | 4594066000 - | 05/18/2018 | $191.33 | 4924201000 |
| 05/21/2018 | $191.33 | 4924209000 | 05/21/2018 | $191.33 | 4928550000 |
| 06/08/2018 | $191.33 | 4978752000 | 10/23/2018 | $600.00 | 24933717055 |
| 12/18/2018 | $200.00 | 5477477000 | 12/31/2018 | $200.00 | 5503353000 |

**Total Receipts: $3,104.63  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $3,104.63**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018  (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SPECIALIZED LOAN SERVICING LLC | | | | | | |
| | 01/22/2018 | $900.20 | 795,253 | 02/20/2018 | $360.08 | 797,117 |
| | 06/18/2018 | $181.00 | 804,678 | 07/16/2018 | $543.00 | 806,619 |
| THE BANK OF NEW YORK  MELLON | | | | | | |
| | 11/19/2018 | $556.96 | 813,548 | 11/19/2018 | $8.84 | 813,548 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 177.35 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | THE BANK OF NEW YORK  MELLON | MORTGAGE ARRE | 565,937.43 | 100.00% | 2,541.24 | |
| 0006 | DEPARTMENT OF EDUCATION/MOHELA | UNSECURED | 7,316.14 | * | 0.00 | |
| 0007 | DEPARTMENT STORE NATIONAL BANK | UNSECURED | 135.77 | * | 0.00 | |
| 0008 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 6,417.42 | * | 0.00 | |
| 0009 | THE BANK OF NEW YORK  MELLON | (NEW) MTG Agree | 8,946.31 | 100.00% | 8.84 | |

**Total Paid: $2,727.43**  
See Summary

**Chapter 13 Case # 17-22068**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $3,104.63    -    Paid to Claims: $2,550.08    -    Admin Costs Paid: $177.35    =    Funds on Hand: $377.20

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.