---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Bank of New York Mellon, et al.

---

In Re:

Isidora Sheeha,

Debtor.

Case No.: ___17-22068-VFP___

Chapter: ___13___

Hearing Date: ___8/15/2019___

Judge: ___Papalia___

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Application for Early Termination of Loss Mitigation Program (Docket # 77)

_____

Date: 8/13/2019

/s/ Denise Carlon
Signature

*rev.8/1/15*