| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>The Law Offices Of Steven D. Pertuz, LLC<br>111 Northfield Avenue, Suite 304<br>West Orange, NJ 07052<br>Tel: (973) 669-8600<br>Fax: (973) 669-8700<br>SDP-5632 | Order Filed on November 1, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ISIDORA SHEEHA | Case No.: 17-22068<br><br>Chapter: 13<br><br>Judge: VFP |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 1, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____5/31/19_____ :

Property:    125 Birch Street, Bloomfield, NJ 07003

Creditor:    Specialized Loan Servicing For BNY Mellon

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Isidora Sheeha_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____02/01/2020_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2