STEVEN D. PERTUZ, ESQ.
111 NORTHFIELD AVE. STE 304
WEST ORANGE, NJ  07052

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
#### Chapter 13 Case # 17-22068

Re:  ISIDORA SHEEHA
125 BIRCH ST
BLOOMFIELD,  NJ  07003-4017

Atty:  STEVEN D. PERTUZ, ESQ.
111 NORTHFIELD AVE. STE 304
WEST ORANGE, NJ  07052

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $11,479.80**

## RECEIPTS AS OF 01/15/2020  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/15/2017 | $191.33 | 4207290000 - | 10/03/2017 | $191.33 | 4337095000 - |
| 10/12/2017 | $191.33 | 4358650000 - | 11/29/2017 | $191.33 | 4476489000 - |
| 11/30/2017 | $191.33 | 4476494000 - | 01/09/2018 | $191.33 | 4582863000 - |
| 01/16/2018 | $191.33 | 4594066000 - | 05/18/2018 | $191.33 | 4924201000 |
| 05/21/2018 | $191.33 | 4924209000 | 05/21/2018 | $191.33 | 4928550000 |
| 06/08/2018 | $191.33 | 4978752000 | 10/23/2018 | $600.00 | 24933717055 |
| 12/18/2018 | $200.00 | 5477477000 | 12/31/2018 | $200.00 | 5503353000 |
| 02/11/2019 | $200.00 | 5613645000 | 03/04/2019 | $200.00 | 5673475000 |
| 04/10/2019 | $200.00 | 5774530000 | 04/11/2019 | $200.00 | 5774535000 |
| 05/24/2019 | $200.00 | 5883618000 | 06/26/2019 | $200.00 | 5966164000 |
| 08/01/2019 | $200.00 | 6059889000 | 09/09/2019 | $200.00 | 6162359000 |
| 09/12/2019 | $200.00 | 6172024000 | 10/28/2019 | $200.00 | 6281506000 |
| 11/27/2019 | $200.00 | 6358399000 | 11/29/2019 | $200.00 | 6358399000 |
| 11/29/2019 | ($200.00) | 6358399000 | 12/30/2019 | $200.00 | 6438453000 |

**Total Receipts: $5,504.63  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $5,504.63**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020  (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SPECIALIZED LOAN SERVICING LLC | | | | | | |
| | 01/22/2018 | $900.20 | 795,253 | 02/20/2018 | $360.08 | 797,117 |
| | 06/18/2018 | $181.00 | 804,678 | 07/16/2018 | $543.00 | 806,619 |
| THE BANK OF NEW YORK  MELLON | | | | | | |
| | 11/19/2018 | $556.96 | 813,548 | 11/19/2018 | $8.84 | 813,548 |
| | 02/11/2019 | $371.31 | 819,229 | 02/11/2019 | $5.89 | 819,229 |
| | 03/18/2019 | $185.65 | 821,182 | 04/15/2019 | $185.65 | 823,220 |
| | 04/15/2019 | $5.90 | 823,220 | 05/20/2019 | $371.31 | 825,190 |
| | 05/20/2019 | $5.89 | 825,190 | 07/15/2019 | $189.00 | 829,085 |
| | 08/19/2019 | $189.00 | 830,998 | 08/19/2019 | $6.00 | 830,998 |
| | 09/16/2019 | $189.00 | 833,042 | 10/21/2019 | $387.85 | 835,022 |
| | 10/21/2019 | $9.15 | 835,022 | 12/16/2019 | $186.64 | 839,041 |
| | 01/13/2020 | $186.64 | 840,914 | 01/13/2020 | $5.92 | 840,914 |

## CLAIMS AND DISTRIBUTIONS

**Chapter 13 Case # 17-22068**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 284.15 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | THE BANK OF NEW YORK MELLON | MORTGAGE ARRE | 565,937.43 | 100.00% | 4,983.29 | |
| 0006 | DEPARTMENT OF EDUCATION/MOHELA | UNSECURED | 7,316.14 | * | 0.00 | |
| 0007 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 135.77 | * | 0.00 | |
| 0008 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 6,417.42 | * | 0.00 | |
| 0009 | THE BANK OF NEW YORK MELLON | (NEW) MTG Agree | 8,946.31 | 100.00% | 47.59 | |

**Total Paid: $5,315.03**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $5,504.63    -    Paid to Claims: $5,030.88    -    Admin Costs Paid: $284.15    =    Funds on Hand: $189.60

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.