| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on July 27, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| | Case No.:  17-22068 |
| IN RE:<br><br>   ISIDORA SHEEHA | Judge:  VINCENT F. PAPALIA |

# ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

DATED: July 27, 2020

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): ISIDORA SHEEHA

Case No.: 17-22068

Caption of Order:   Order Dismissing Petition

---

    THIS MATTER having come before the Court on the application of the Chapter 13 Standing Trustee, and the Court having considered the Chapter 13 Standing Trustee's application and the Court having ordered the debtor(s) to sell or refinance property or complete a loan modification as set forth in the attached certification, and the debtor(s) having failed to comply with that order as set forth in the attached certification, and good and sufficient cause appearing therefrom for the entry of this order, it is:

    ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder are hereby dismissed without prejudice.

    ORDERED AND DIRECTED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee from payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s), less any applicable Trustee fees and commisions, except any adequate protection payments due under the proposed plan or by Court Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.

    Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 17-22068-VFP
Isidora Sheeha                                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 1               Date Rcvd: Jul 28, 2020
                              Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2020.
db              Isidora Sheeha,    125 Birch St,    Bloomfield, NJ  07003-4017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee et al... dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
               2006-22 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Gavin Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC bk@stewartlegalgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee et al... rsolarz@kmllawgroup.com
              Steven D. Pertuz    on behalf of Debtor Isidora  Sheeha pertuzlaw@verizon.net,
               G16461@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 7